UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | ED CV 13-01670-ODW (DTBx) | Date | September 19, 2014 |
| Title | Patricia Stewart, D.O. v. American Association of Physician Specialists, Inc. et al | | |

| | |
|---|---|
| Present: The Honorable | Otis D. Wright II, United States District Judge |

| Sheila English | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS)   Order Vacating Hearing on** MOTION to Dismiss [**108**];[109];[110]; [111]; MOTION to Strike Amended Complaint [112];

The hearing on the above-referenced motions, scheduled for September 22, 2014 at 1:30 P.M., are hereby **VACATED** and taken off calendar.  No appearances are necessary.

The matters stands submitted, and will be decided upon without oral argument. An order will issue.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |