FILED
CLERK, U.S. DISTRICT COURT

FEB 1 1 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patricia Stewart, D.O, | Case No. ED CV 13-01670-ODW (DTBx) |
| Plaintiff, | |
| v. | JURY VERDICT |
| American Association of Physician Specialists, Inc. et al., | |
| Defendant. | |

**Breach of Contract**

You may assume that Stewart and AAPS entered into a contract consisting of the Bylaws of AAPS.

1.  Did Stewart do all, or substantially all, of the significant things that the contract required her to do or was she excused from having to do so?

 X  Yes  _____ No

If your answer to question 1 is yes, then answer question 2. If you answered no, go to page 2, question 1.

2.  Did AAPS fail to do something that the contract required it to do?

 X  Yes  _____ No

If your answer to question 2 is yes, then answer question 3. If you answered no, go to page 2, question 1.

3.  Was Stewart harmed by that failure?

 X Yes  _____ No

If your answer to question 3 is yes, then answer question 4. If you answered no, go to page 2, question 1.

4.  What are Stewart's damages?

a.  Past economic loss:        $ 1,081,927

b.  Future economic loss:      $ 5,819,808

TOTAL  $   6,901,735

1

## Fraudulent Promise

1.      Did AAPS make a false promise to Stewart that AAPS would provide her an appeal before a panel of past presidents?

____X____Yes      ____No

If your answer to question 1 is yes, then answer question 2. If you answered no, go to page 4, question 1.

2.      Did AAPS know that the promise was false at the time that it was made, or did it make the representation recklessly and without regard for its truth at the time that it was made?

____X____Yes      ____No

If your answer to question 2 is yes, then answer question 3.  If you answered no, go to page 4, question 1.

3.      Did AAPS intend that Stewart rely on the promise?

____X____Yes      ____No

If your answer to question 3 is yes, then answer question 4. If you answered no, go to page 4, question 1.

4.      Did Stewart reasonably rely on the promise?

____X____Yes      ____No

If your answer to question 4 is yes, then answer question 5.  If you answered no, go to page 4, question 1.

5.     Was Stewart's reliance on AAPS's promise a substantial factor in causing harm to Stewart?

__X__ Yes    _____No

If your answer to question 5 is yes, then answer question 6. If you answered no, go to page 4, question 1.

6.     What are Stewart's damages?

    a.     Past economic loss

        lost earnings               $__191,791__

        other past economic loss    $__890,136.00__

        Total Past Economic Damages:  $__1,081,927.00__

    b.     Future economic loss

        lost earnings               $__2,254,670.00__

        other future economic loss   $__3,565,138.00__

        Total Future Economic Damages:  $__5,819,808.00__

    c.     Past noneconomic loss, including mental suffering:  $__1,500,000.00__

    d.     Future noneconomic loss, including mental suffering:  $__1,000,000.00__

            TOTAL          $__9,401,735.00__

3

**Unruh Discrimination**

We answer the questions submitted to us as follows:

1.      Did AAPS deny full and equal privileges to Patricia Stewart?

X Yes      ____ No

If your answer to question 1 is yes, then answer question 2. If you answered no, go to page 6, question 1.


2.      Was Patricia Stewart's sex a substantial motivating reason for AAPS's conduct?

____ Yes      X No

If your answer to question 2 is yes, then answer question 3. If you answered no, go to page 6, question 1.


3.      Was AAPS's conduct a substantial factor in causing harm to Patricia Stewart?

X Yes      ____ No

If your answer to question 3 is yes, then answer question 4. If you answered no, go to page 6, question 1.


4.      What are Patricia Stewart's damages?

     a.      Past economic loss

           lost earnings/lost profits       $ 191,791.00

4

other past economic loss     $ 890,136⁰⁰

Total Past Economic Damages:     $ 1,681,927⁰⁰

b.     Future economic loss

lost earnings/ lost profits     $ 2,254,670

other future economic loss     $ 3,565,138

Total Future Economic Damages:     $ 5,819,808

c.     Past noneconomic loss, including physical

pain/mental suffering:     $ 1,000,000

d.     Future noneconomic loss, including physical

pain/mental suffering:     $ 1,500,000

TOTAL     $ 9,401,735

### Defamation AAPS

1. Did AAPS make the statements set forth in the March 28, 2012 email to all members of AAPS and the statements made and shown during the Power Point presentation at the AAPS annual meeting in Marina Del Rey, to persons other than STEWART?

   Yes          _____ No

If your answer to question 1 is yes, then answer question 2. If you answered no, go to page 9, question 1.

2. Did the people to whom the statements were made reasonably understand that the statements were about Stewart?

   Yes          _____ No

If your answer to question 2 is yes, then answer question 3. If you answered no, go to page 9, question 1.

3. Did these people reasonably understand the statement to mean that Stewart had committed the acts stated?

   Yes          _____ No

If your answer to question 3 is yes, then answer question 4. If you answered no, go to page 9, question 1.

6

4. Were the statements false?

 Yes          _____ No

     If your answer to question 4 is yes, then answer question 5. If you answered no, go to page 9, question 1.

5. Did Stewart prove by clear and convincing evidence that AAPS knew the statements were false or had serious doubts about the truth of the statement?

 Yes          _____ No

     If your answer to question 5 is yes, then answer questions 6, 7, and 8. If you answered no, go to page 9, question 1.

ACTUAL DAMAGES

6. Was AAPS's conduct a substantial factor in causing Stewart actual harm?

 Yes          _____ No

If your answer to question 6 is yes, then answer question 7. If you answered no, skip question 7 and answer question 8.

7. What are Stewart's actual damages for:

a.   Harm to Stewart's reputation?                    $ 2,000,000

b.   Shame, mortification, or hurt feelings?          $ 1,000,000

If Stewart has not proved any actual damages for either a or b, then answer question 8. If Stewart has proved actual damages for both a and b, skip question 8 and go to page 9, question 1.

## ASSUMED DAMAGES

8. What are the damages you award Stewart for the assumed harm to her reputation, and for shame, mortification, or hurt feelings? You must award at least a nominal sum.

$ 3,000,000

Go to page 9, question 1.

**Defamation Cerrato**

1. Did CERRATO make the statements set forth in the March 28, 2012 email to all members of AAPS and the statements made and shown during the Power Point presentation at the AAPS annual meeting in Marina Del Rey, California to persons other than STEWART?

 Yes        _____ No

If your answer to question 1 is yes, then answer question 2. If you answered no, go to page 12, question 1.

2. Did the people to whom the statements were made reasonably understand that the statements were about Stewart?

 Yes        _____ No

If your answer to question 2 is yes, then answer question 3. If you answered no, go to page 12, question 1.

3. Did these people reasonably understand the statement to mean that Stewart had committed the acts stated?

 Yes        _____ No

If your answer to question 3 is yes, then answer question 4. If you answered

9

no, go to page 12, question 1.

4. Were the statements false?

 Yes          _____ No

   If your answer to question 4 is yes, then answer question 5. If you answered no, go to page 12, question 1.

5. Did Stewart prove by clear and convincing evidence that CERRATO knew the statements were false or had serious doubts about the truth of the statement?

 Yes          _____ No

   If your answer to question 5 is yes, then answer questions 6, 7, and 8. If you answered no, go to page 12, question 1.

<u>ACTUAL DAMAGES</u>

6. Was CERRATO's conduct a substantial factor in causing Stewart actual harm?

 Yes          _____ No

If your answer to question 6 is yes, then answer question 7. If you answered no, skip question 7 and answer question 8.

7. What are Stewart's actual damages for:

a.   Harm to Stewart's reputation?                          $ 3,000,000

b.   Shame, mortification, or hurt feelings?                $ 1,000,000 —

If Stewart has not proved any actual damages for either a or b, then answer question 8. If Stewart has proved actual damages for both a and b, skip question 8 and go to page, question 1.

ASSUMED DAMAGES

8. What are the damages you award Stewart for the assumed harm to her reputation, and for shame, mortification, or hurt feelings? You must award at least a nominal sum.

$ 4,000,000

Go to page 12, question 1.

11

## Intentional Infliction of Emotional Distress- Cerrato

1. Was CERRATO's conduct outrageous?

 Yes          _____ No

   If your answer to question 1 is yes, then answer question 2. If you answered no, go to page 15, question 1.

2. Did CERRATO intend to cause STEWART emotional distress?  or

Did CERRATO act with reckless disregard of the probability that Stewart would suffer emotional distress, knowing that Stewart was present when the conduct occurred?

 Yes          _____ No

   If your answer to question 2 is yes, then answer question 3. If you answered no, go to page 15, question 1.

3. Did Stewart suffer severe emotional distress?

 Yes          _____ No

   If your answer to question 3 is yes, then answer question 4. If you answered no, go to page 15, question 1.

12

4. Was CERRATO's conduct a substantial factor in causing Stewart's severe emotional distress?

 _____ Yes          _____ No

If your answer to question 4 is yes, then answer question 5. If you answered no, go to page 15, question 1.

5. What are Stewart's damages?

   a. Past economic loss

      lost earnings                            $ 191,791

      lost profits                             $ N/A

      medical expenses                         $ 0

      other past economic loss                 $ 890,136

                    Total Past Economic Damages: $ 1,081,927

   b. Future economic loss

      lost earnings                            $ 2,254,670

      lost profits                             $ N/A

      other future economic loss               $ 3,565,138

13

Total Future Economic Damages: $ 5,819,808

c. Past noneconomic loss, including physical pain/mental suffering:     $ 2,000,000

d. Future noneconomic loss, including physical pain/mental suffering:     $ 1,600,000

TOTAL $ 10,501,735

14

**Intentional Infliction of Emotional Distress--AAPS**

1. Was AAPS's conduct outrageous?

 Yes        _____ No

     If your answer to question 1 is yes, then answer question 2. If you answered no, go to page 18, question 1.

2. Did AAPS intend to cause STEWART emotional distress?  or

Did AAPS act with reckless disregard of the probability that Stewart would suffer emotional distress, knowing that Stewart was present when the conduct occurred?

 Yes        _____ No

     If your answer to question 2 is yes, then answer question 3. If you answered no, go to page 18, question 1.

3. Did Stewart suffer severe emotional distress?

    X Yes        _____ No

     If your answer to question 3 is yes, then answer question 4. If you answered no, go to page 18, question 1.

4. Was AAPS's conduct a substantial factor in causing Stewart's severe emotional distress?

_____ X _____ Yes          _____ No

     If your answer to question 4 is yes, then answer question 5. If you answered no, go to page 18, question 1.

5. What are Stewart's damages?

     a. Past economic loss

          lost earnings                    $ 191,791 —

          lost profits                      $ N/A

          medical expenses                  $ 0

          other past economic loss          $ 890,136

          Total Past Economic Damages: $ 1,081,927 —

     b. Future economic loss

          lost earnings                     $ 2,254,670 —

          lost profits                      $ N/A

          other future economic loss        $ 3,565,138

          Total Future Economic Damages: $ 5,819,808 —

16

c. Past noneconomic loss, including physical pain/mental suffering:   $1,000,000

d. Future noneconomic loss, including physical pain/mental suffering:   $1,500,000

TOTAL $9,401,735

17

**Special Verdict – Common Law Right to Fair Procedure**

1.   Did AAPS violate Stewart's Common Law Right to Fair Procedure by
means of the manner in which they terminated her membership in
AAPS?

　　X　　 Yes　　　　　_____  No

2.　　Was Stewart harmed by that failure?

　　X Yes　____No

If your answer to question 2 is yes, then answer question 3. If you answered
no, go to page 19, question 1.

3.　　What are Stewart's damages?

a.　　Past economic loss:　　　　　　　$ 1,081,927

b.　　Future economic loss:　　　　　　$ 5,819,808

TOTAL　$　　6,901,735.00

Go to page 19 and answer the questions there.

18

## Punitive Damages

If you found in favor of Patricia Stewart on her claim of false promise, gender discrimination, defamation, intentional infliction of emotional harm or breach of the Common Law Duty of Fair Procedure answer the questions below.  If you found in favor of the defendants on all the claims of false promise gender discrimination, defamation, intentional infliction of emotional harm and breach of the Common Law Duty of Fair Procedure do not answer any further questions and sign and submit this form to the court.

1.   Did CERRATO engage in the conduct with malice, oppression, or fraud?

&#95;&#95;&#95;&#95; Yes   &#95;&#95;&#95;&#95; No

2.   Did AAPS engage in the conduct with malice, oppression, or fraud?

&#95;&#95;&#95;&#95; Yes   &#95;&#95;&#95;&#95; No

Total Damages for All Causes of Action $&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;

After total damages have been determined and the verdict form has been
signed, notify the court that you are ready to present your verdict in the courtroom.

Signed:  **REDACTED**
VERDICT FORM AS TO FOREPERSON
SIGNATURE

Dated:  2/11/16

20