

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. ED CV 13-01670-ODW(DTB)　　　　　Date: 2-11-16

JURY NOTE NUMBER 4

☒ THE JURY HAS REACHED A UNANIMOUS VERDICT
Punitive Damages (2nd phase)

☐ THE JURY REQUESTS THE FOLLOWING:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

SIGNED:

**REDACTED**

JURY NOTE AS TO FOREPERSON SIGNATURE