

## Punitive Damages

1. Did AAPS engage in the conduct with malice, oppression, or fraud?

    __X__ Yes          ____ No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. What amount of punitive damages, if any, do you award Stewart? $14,000,000

Signed: **REDACTED**
          Presiding Juror

Dated: 2/11/16